NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3150

VINNIE RICHARDSON,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in DC0831090070-I-1.

ON MOTION

Before BRYSON, Circuit Judge.

## O R D E R

The Office of Personnel Management moves for leave to file its informal brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Vinnie Richardson
Devin A. Wolak, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 9 2009

JAN HORBALY
CLERK